Revised 03/06 WDNY

**23 CV 640-V**

[FILED JUL 5 2023 — UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF NY, MARY C. LOEWENGUTH, CLERK stamp]

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

## FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT
(Non-Prisoner Context)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A.   Full Name of Plaintiff: NOTE:** *If more than one plaintiff files this action and seeks in forma pauperis status, **each** plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

Jameel Gordon

-vs-

**B.   Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.* Add a separate sheet, if necessary.

1. The State University at Buffalo
2. The State University of NY
3. Blackstone Incorporated
4. Rick Gardner
5. Empire State Development
6. 43 North
7. NY Ventures

## 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections **MUST** be answered*

*Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.*

A.  Basis of Jurisdiction in Federal Court: Violation of my federal civil and constitutional rights.

*State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.*

B.  Reason for Venue in the Western District: The State of New York is a co-Defendant as well as entities governed by the State of NY and Partnered with the State of NY.

*Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.*

C.  Nature of Suit: It is a civil rights claim.

### 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: Jameel Gordon

Present Address: 1576 Sweet Home Road
Buffalo, NY 14228

Name of Second Plaintiff: _____

Present Address: _____

**DEFENDANT'S INFORMATION** NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: The State University at Buffalo

Official Position of Defendant (if relevant): _____

Address of Defendant: 12 Capen Hall
Buffalo NY 14260

Name of Second Defendant: The State University of New York

Official Position of Defendant (if relevant): _____

Address of Defendant: 353 Broadway
Albany, NY 12246

Name of Third Defendant: Blackstone Incorporated.

Official Position of Defendant (if relevant): _____

Address of Defendant: 345 Park Avenue
New York, NY 10154

### 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.  Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**
    Yes [ ]    No [✓]

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.  Name(s) of the parties to this other lawsuit:

    Plaintiff(s): _____

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: _____

Present Address: _____

_____

Name of Second Plaintiff: _____

Present Address: _____

_____

**DEFENDANT'S INFORMATION** NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: Rick Gardner

Official Position of Defendant (if relevant): _____

Address of Defendant: 701 Ellicott St
Buffalo, NY 14203

Name of Second Defendant: Empire State Development

Official Position of Defendant (if relevant): _____

Address of Defendant: 633 3rd Avenue
New York, NY 10017

Name of Third Defendant: 43 North

Official Position of Defendant (if relevant): _____

Address of Defendant: 1 West Seneca Street Floor 29
Buffalo, NY 14203

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.   Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**
     Yes [ ]   No [✓]

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.   Name(s) of the parties to this other lawsuit:

     Plaintiff(s): _____

     _____

2

### 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: Jamece L Gordon

Present Address: 576 Sweet Home Road
Buffalo, NY 14228

Name of Second Plaintiff: _____

Present Address: _____

**DEFENDANT'S INFORMATION** NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: NY Ventures

Official Position of Defendant (if relevant): _____

Address of Defendant: 633 3rd Avenue
New York, NY 10017

Name of Second Defendant: _____

Official Position of Defendant (if relevant): _____

Address of Defendant: _____

Name of Third Defendant: _____

Official Position of Defendant (if relevant): _____

Address of Defendant: _____

### 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?
   Yes ☐   No ☐

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s): _____

Defendant(s):_____

_____

2.  Court (if federal court, name the district; if state court, name the county):_____

_____

3.  Docket or Index Number:_____

4.  Name of Judge to whom case was assigned:_____

5.  The approximate date the action was filed:_____

6.  What was the disposition of the case?

    Is it still pending? Yes ☐ No ☐

    If not, give the approximate date it was resolved._____

    Disposition (check those statements which apply):

    ☐ <u>Dismissed</u> (check the statement which indicates why it was dismissed):

        ☐ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

        ☐ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

        ☐ By court due to your voluntary withdrawal of claim;

    ☐ <u>Judgment</u> upon motion or after trial entered for

        ☐ plaintiff
        ☐ defendant.

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." <u>Simmons v. Abruzzo</u>, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

**A. FIRST CLAIM:** On (*date of the incident*) _____,
defendant (*give the **name and (if relevant) the position held** of **each defendant** involved in this incident*) _All the defendants named in section B of Caption of Action on page 1._

3

did the following to me (*briefly state what each defendant named above did*): I am being denied and deprived the liberty and opportunity to pursue economic development in the State of New York and in the Western NY Region on my terms.

The federal basis for this claim is: This is a civil rights claim regarding the violation of my Fourteenth Amendment rights.

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*: I would like to be awarded damages.

**B. SECOND CLAIM:** On (*date of the incident*) _____,
defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) All the defendants named in Section B of Caption of Action on page 1.
did the following to me (*briefly state what each defendant named above did*): I am being discriminated against because of my race and gender, and desire to operate a private family business.

The federal basis for this claim is: This is a civil rights claim regarding the violation of my Fourteenth Amendment rights.

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*: I would like to be awarded damages.

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

4

## 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

I would like to be awarded damages.

Do you want a **jury trial**? Yes ☐   No ☑

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on 07/05/2023
(date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

Signature(s) of Plaintiff(s)

5