UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JAMEEL GORDON,**<br><br>**Plaintiff,**<br><br>v.<br><br>**THE STATE UNIVERSITY AT BUFFALO, THE STATE UNIVERSITY OF NEW YORK, UNIVERSITY AT BUFFALO REGIONAL INSTITUTE, BLACKSTONE INCORPORATED, RICK GARDNER, KEIAH SHAUKU, HADAR BORDEN, EMPIRE STATE DEVELOPMENT, 43 NORTH, and NY VENTURES,**<br><br>**Defendants.** | **Civil Case No. 1:23-cv-00640**<br><br>Honorable Lawrence J. Vilardo |

### DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Blackstone Inc., by its undersigned counsel, hereby discloses that it is a publicly traded corporation incorporated in the state of Delaware with no parent company.  To the best of Blackstone Inc.'s knowledge, no publicly traded corporation holds 10% or more of its stock.

1

Dated: May 28, 2024
       New York, New York

                        Respectfully submitted,

                        */s/ John Ansbro*
                        John Ansbro
                        Richard A. Jacobsen*
                        ORRICK, HERRINGTON & SUTCLIFFE LLP
                        51 West 52nd Street
                        New York, NY 10019
                        (212) 506-5000
                        rjacobsen@orrick.com
                        jansbro@orrick.com

                        Sarah Shyy*
                        ORRICK, HERRINGTON & SUTCLIFFE LLP
                        2050 Main Street, Suite 1100
                        Irvine, CA 92614-8255
                        (949) 852-7763
                        sshyy@orrick.com

                        *\*pro hac vice application forthcoming*

                        *Counsel for Blackstone Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of May 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also HEREBY CERTIFY a copy of the foregoing document was served on Plaintiff, listed below, via email and regular first class mail:

Jameel Gordon, *In Propria Persona*
849 E. 228th Street
Bronx, NY 10466
jameel@jameelgordon.com

I certify under penalty of perjury that the foregoing is true and correct.

Executed on May 28, 2024.

*/s/ Sarah Shyy*
Sarah Shyy

*Counsel for Blackstone Inc.*