

July 18, 2024

**<u>VIA CM/ECF</u>**

Judge Lawrence J. Vilardo
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

**Orrick, Herrington & Sutcliffe LLP**
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000

orrick.com

**John Ansbro**

E  jansbro@orrick.com
D  +1 212 506 3741
F  +1 212 506 5151

Re:   *Gordon v. The State University at Buffalo, et al.*, No. 1:23-cv-00640 (W.D.N.Y.)

Dear Judge Vilardo:

    On behalf of Defendant Blackstone Inc. ("Blackstone"), we respectfully request that the Court disregard Plaintiff's sur-reply, purportedly filed in opposition to Blackstone's Motion to Dismiss the Amended Complaint (the "Motion").  The Court directed Plaintiff to file a response no later than June 20, 2024 (ECF No. 13), and Plaintiff did that by filing his Opposition on June 14, 2024 (ECF Nos. 16, 17).  Blackstone timely replied on July 8, 2024 (ECF No. 19), and briefing concluded on July 8, 2024.  "Absent permission by the Judge hearing the motion, sur-reply papers are not permitted."  *See* Local Rule 56.1(e).

    Nor are there any legitimate grounds to permit a sur-reply here.  Plaintiff now asks for discovery to investigate unspecified "relationships and potential liabilities."  ECF No. 20.  As before, Plaintiff does not identify any potential facts or assert any allegations that might support a claim under Section 1983 against Blackstone Inc. or The Blackstone Charitable Foundation.  That is because no amount of discovery can cure the Amended Complaint's fundamental defect that Blackstone Inc. and The Blackstone Charitable Foundation are ***private entities***, not cognizable under Section 1983 pursuant to which Plaintiff brings this case.

    The Court should strike Plaintiff's Opposition to Blackstone Inc.'s Motion to Dismiss, ECF No. 20, as unauthorized and unwarranted.

Respectfully Submitted,

*/s/ John Ansbro*
John Ansbro
Richard A. Jacobsen*
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
(212) 506-5000



Judge Lawrence J. Vilardo
July 18, 2024
Page 2

rjacobsen@orrick.com
jansbro@orrick.com

Sarah Shyy*
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
(949) 852-7763
sshyy@orrick.com

*pro hac vice application forthcoming*

*Counsel for Blackstone Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of July 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also HEREBY CERTIFY a copy of the foregoing document was served on Plaintiff, listed below, via email and regular first class mail:

Jameel Gordon, *In Propria Persona*
849 E. 228th Street
Bronx, NY 10466
jameel@jameelgordon.com

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 18, 2024.

*/s/ Sarah Shyy*
Sarah Shyy

*Counsel for Blackstone Inc.*